Philip J. Dabney, Esq.
Nevada Bar No. 3391
Lars K. Evensen, Esq.
Nevada Bar No. 8061
**HOLLAND & HART LLP**
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, NV 89169
Phone: (702) 669-4600
*Attorneys for Plaintiff*
*Dynalectric Company of Nevada*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DYNALECTRIC COMPANY OF NEVADA, a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC., a foreign entity, and Doe Defendants,<br><br>Defendants. | CASE NO.: 2:10-cv-01519-KJD-GWF<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |
| HONEYWELL INTERNATIONAL, INC., a Delaware corporation,<br><br>Third-Party Plaintiff,<br><br>Vs.<br><br>PCL CONSTRUCTION SERVICES, INC., A Colorado corporation,<br><br>Third-Party Defendant. | |

Dynalectric Company of Nevada, by and through its counsel Holland & Hart, LLP and Honeywell International, Inc., by and through its counsel Jones Vargas, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), **HEREBY STIPULATE** to DISMISS this action with prejudice, each party bearing its own attorney fees and costs and pursuant to Fed. R. Civ. P. 41(a)(1)(i) do further DISMISS the action with prejudice as to Third Party Defendant PCL Construction Services, Inc., who has not served an answer or a motion for summary judgment, or otherwise appeared in this action.

SO STIPULATED

DATED: 3/1/2011                                    DATED: 2/25/11

**HOLLAND & HART LLP**                             **JONES VARGAS**

_____                          _____
Philip J. Dabney, Esq.                             Kevin R. Stolworthy, Esq.
Nevada Bar No. 3391                                Nevada Bar No. 2798
Lars K. Evensen, Esq.                              Conor P. Flynn, Esq.
Nevada Bar No. 8061                                Nevada Bar No. 11569
3800 Howard Hughes Parkway, 10th Floor             3773 Howard Hughes Parkway, 3rd Floor
Las Vegas, Nevada 89169                            Las Vegas, Nevada 89169
Phone: (702) 669-4600                              Phone: (702) 862-3300
*Attorneys for Plaintiff*                          *Attorneys for Defendant/Third Party Plaintiff*
*Dynalectric Company of Nevada*                    *Honeywell International, Inc.*

### ORDER

THIS COURT, having considered the Stipulation of the parties and for good cause appearing:

HEREBY ORDERS this action dismissed with prejudice, each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: 3/4/11